B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Central States Coach Parts, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2960575** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2513 East Higgins Road**<br>**Elk Grove Village, IL**<br>ZIP Code **60007** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                          THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Central States Coach Parts, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Central States Coach Parts, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Joel A. Schechter**
Signature of Attorney for Debtor(s)

**Joel A. Schechter 03122099**
Printed Name of Attorney for Debtor(s)

**LAW OFFICES OF JOEL A. SCHECHTER**
Firm Name

**53 W. Jackson Blvd.**
**Suite 1025**
**Chicago, IL 60604**

Address

**Email: joelschechter@covad.net**
**(312)332-0267  Fax: (312)939-4714**
Telephone Number

**July 18, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Karen A. Bingham**
Signature of Authorized Individual

**Karen A. Bingham**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 18, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re  **Central States Coach Parts, Inc.**                                                                 Case No. _____

                                                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **American Consolidated Transportation Companies, Inc.** <br> **Northern District of Illinois** | **09-26062** <br> **Affiliate** | **07/18/09** <br> **Schmetterer** |
| **Davidsmeyer Bus Service, Inc.** <br> **Northern District of Illinois** | **09-26067** <br> **Affiliate** | **07/18/09** <br> **Black** |
| **Mid-America Charter Lines, Inc.** <br> **Northern District of Illinois** | **09-26069** <br> **Affiliate** | **07/18/09** <br> **Squires** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Central States Coach Parts, Inc.**                                                Case No.
                                                 Debtor(s)                                 Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A.B.C. Companies<br>1506 30th Street NW<br>Faribault, MN 55021 | A.B.C. Companies<br>1506 30th Street NW<br>Faribault, MN 55021 | | | 1,326.91 |
| Acme Truck & Brake Supply<br>2333 Arthur Ave.<br>Elk Grove Village, IL 60007 | Acme Truck & Brake Supply<br>2333 Arthur Ave.<br>Elk Grove Village, IL 60007 | | | 2,131.70 |
| Airgas North Central<br>P.O. Box 802588<br>Chicago, IL 60680 | Airgas North Central<br>P.O. Box 802588<br>Chicago, IL 60680 | | | 1,034.53 |
| Authorized Trans Remanufact<br>P.O. Box 5935<br>Drawer 1130<br>Troy, MI 48007 | Authorized Trans Remanufact<br>P.O. Box 5935<br>Drawer 1130<br>Troy, MI 48007 | | | 1,325.00 |
| Central States Bus Sales<br>2450 Cassens Drive<br>Fenton, MO 63026 | Central States Bus Sales<br>2450 Cassens Drive<br>Fenton, MO 63026 | | | 5,306.24 |
| Diesel Injection Service<br>P.O. Box 68-5033<br>Milwaukee, WI 53268 | Diesel Injection Service<br>P.O. Box 68-5033<br>Milwaukee, WI 53268 | | | 1,202.63 |
| Home Depot Credit Services<br>P.O. Box 6031<br>The Lakes, NV 88901 | Home Depot Credit Services<br>P.O. Box 6031<br>The Lakes, NV 88901 | | | 1,097.15 |
| Hoskins Chevrolet<br>175 N. Arlington Heights Road<br>Elk Grove Village, IL 60007 | Hoskins Chevrolet<br>175 N. Arlington Heights Road<br>Elk Grove Village, IL 60007 | | | 1,305.64 |
| Kingston Mobile<br>6402 Corporate Drive<br>Indianapolis, IN 46278 | Kingston Mobile<br>6402 Corporate Drive<br>Indianapolis, IN 46278 | | | 1,848.66 |
| Lube Oils, Inc.<br>P.O. Box 209<br>Gurnee, IL 60031 | Lube Oils, Inc.<br>P.O. Box 209<br>Gurnee, IL 60031 | | | 1,046.55 |
| MCI Sales & Service, Inc.<br>10 E. Golf Road<br>Des Plaines, IL 60016 | MCI Sales & Service, Inc.<br>10 E. Golf Road<br>Des Plaines, IL 60016 | | | 2,499.91 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Central States Coach Parts, Inc.**                                          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Midwest Transit Equipment** P.O. Box 582 Route 45 & 52 South Kankakee, IL 60901 | **Midwest Transit Equipment** P.O. Box 582 Route 45 & 52 South Kankakee, IL 60901 | | | **2,264.41** |
| **Morton Grove Automotive Wes** 500 S. Arthur Arlington Heights, IL 60004 | **Morton Grove Automotive Wes** 500 S. Arthur Arlington Heights, IL 60004 | | | **2,705.00** |
| **Northwest Ford Truck Center** 4000 N. Mannheim Road Franklin Park, IL 60131 | **Northwest Ford Truck Center** 4000 N. Mannheim Road Franklin Park, IL 60131 | | | **1,161.50** |
| **O'Reilly Automotive, Inc.** P.O. Box 790098 Saint Louis, MO 63179 | **O'Reilly Automotive, Inc.** P.O. Box 790098 Saint Louis, MO 63179 | | | **2,112.25** |
| **Prevost Car Inc-Credit Dept.** P.O. Box 5594 Elgin, IL 60121 | **Prevost Car Inc-Credit Dept.** P.O. Box 5594 Elgin, IL 60121 | | | **21,218.03** |
| **Rebuilders Enterprises, Inc.** 9004 S. Octavia Ave. Bridgeview, IL 60455 | **Rebuilders Enterprises, Inc.** 9004 S. Octavia Ave. Bridgeview, IL 60455 | | | **1,500.00** |
| **Triangle Service, Inc.** 4060 N. Elston Ave. Chicago, IL 60618 | **Triangle Service, Inc.** 4060 N. Elston Ave. Chicago, IL 60618 | | | **1,488.00** |
| **United Parcel Service** Lockbox 577 Carol Stream, IL 60132 | **United Parcel Service** Lockbox 577 Carol Stream, IL 60132 | | | **1,542.16** |
| **Warehouse Direct** 1601 W. Algonquin Road Mount Prospect, IL 60056 | **Warehouse Direct** 1601 W. Algonquin Road Mount Prospect, IL 60056 | | | **2,598.93** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 18, 2009**                            Signature   **/s/ Karen A. Bingham**
                                                               **Karen A. Bingham**
                                                               **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

1st AYD Corporation
P.O. Box 5298
Drive
Elgin, IL 60121


A.B.C. Companies
1506 30th Street NW
Faribault, MN 55021


ABS Parts Washer
201 Armstrong Lane
Pasadena, MD 21172


Acme Truck & Brake Supply
2333 Arthur Ave.
Elk Grove Village, IL 60007


Addison Building Materials
3201 S. Busse Rd.
Arlington Heights, IL 60005


Airgas North Central
P.O. Box 802588
Chicago, IL 60680


Airgas Refrigerants, Inc.
P.O.Box 952182
Dallas, TX 75284


Alternator Service, Inc.
2350 West Comme
Dallas, TX 75212


American Fleet Service, Inc.
2441 East Jean St
Springfield, MO 65803


Anderson Lock Company, Ltd
P.O. Box 2294
Des Plaines, IL 60017


Authorized Trans Remanufact
P.O. Box 5935
Drawer 1130
Troy, MI 48007

BDI
8000 Hub Parkway
Cleveland, OH 44125


Bill's Auto & Truck Repair
1216 Rand Road
Des Plaines, IL 60016


Bisco Industries
520 Windypoint Dr
Glendale Heights, IL 60139


Bode Corporation
P.O. Box 4399
Spartanburg, SC 29305


C T Power, Inc.
P.O. Box 17231
Denver, CO 80217


C.R. Laurence Co., Inc.
P.O. Box 58923
Los Angeles, CA 90058


Central States Bus Sales
2450 Cassens Drive
Fenton, MO 63026


Chicago Internationl Truck
94360 Eagle Way
Chicago, IL 60678


Citgo Petroleum Corporation
P.O. Box 840156
Dallas, TX 75284


Climax Supply, Inc.
820 S. Monaco Pkw, #302
Denver, CO 80224


Cummins NPower, LLC
P.O. Box 1450
Minneapolis, MN 55485

Dayco Products, LLC
P.O. Box 405059
Atlanta, GA 30384


Diesel Injection Service
P.O. Box 68-5033
Milwaukee, WI 53268


Drive Train Industries, Inc.
P.O. Box 5845
Denver, CO 80217


Drive Train Service & Components
292 Devon Avenue
Bensenville, IL 60106


E & G Terminal, Inc.
6510 E. 49th Ave.
Commerce City, CO 80022


Emrick and Hill, Inc.
4160 Fox Street
Denver, CO 80216


Friction Systems
6125 W. 59th Ave.
Arvada, CO 80003


GCR Tire Centers
5505 E. 48th Ave.
Denver, CO 80216


GEIB Industries, Inc.
3220 N. Manheim Road
Franklin Park, IL 60131


Heart Printing, Inc.
1624 W. Northwest Highway
Arlington Heights, IL 60004


Hillside Towing Service
200 E. Palatine Road
Arlington Heights, IL 60004

Home Depot Credit Services
P.O. Box 6031
The Lakes, NV 88901


Hoskins Chevrolet
175 N. Arlington Heights Road
Elk Grove Village, IL 60007


Industrial Automatic Trans
508 N. Loop 12
P.O.Box 170767
Irving, TX 75017


Joel V. Sestito
Riemer & Braunstein LLP
71 South Wacker Dr., Suite 3515
Chicago, IL 60606


Karen A. Bingham
2513 E. Higgins Road
Elk Grove Village, IL 60007


Kingston Mobile
6402 Corporate Drive
Indianapolis, IN 46278


Leach Enterprises, Inc.
4304 Route 176
Crystal Lake, IL 60014


Lube Oils, Inc.
P.O. Box 209
Gurnee, IL 60031


Maurer Industrial Supply
3940 Lexington Park Drive
Elkhart, IN 46514


MCI Sales & Service, Inc.
10 E. Golf Road
Des Plaines, IL 60016


MCI Service Parts, Inc.
4268 Paysphere Circle
Chicago, IL 60674

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680


Midway Truck Parts
7400 W. 87th Street
Bridgeview, IL 60455


Midwest Transit Equipment
P.O. Box 582
Route 45 & 52 South
Kankakee, IL 60901


Mobile Diesel Electric & Radiators
3530 Brighton Blvd
Denver, CO 80216


Mohawk Mfg. & Supply
7200 N. Oak Park Ave.
Niles, IL 60714


Morton Grove Automotive Wes
500 S. Arthur
Arlington Heights, IL 60004


Napa Auto Parts, Inc.
1461 Oakton Street
Des Plaines, IL 60018


Northwest Ford Truck Center
4000 N. Mannheim Road
Franklin Park, IL 60131


O'Reilly Automotive, Inc.
P.O. Box 790098
Saint Louis, MO 63179


Omega Environmental Tech
10802 N. Stemmons
Dallas, TX 75200


Orr & Orr
3520 S. Morgan St
Chicago, IL 60609

Palatine Oil Co., Inc.
P.O. Box 985
Palatine, IL 60078


Pomp's Tire Service, Inc.
P.O. Box 1630
Green Bay, WI 54305


Portage Auto Parts, Inc.
3918-20 Milwaukee
Chicago, IL 60641


Power Manufacturing Inc.
4600 Wyland Drive, Suite 300
Elkhart, IN 46516


Praxair Distribution, Inc.
Dept CH10660
Palatine, IL 60055


Prevost Car Inc-Credit Dept.
P.O. Box 5594
Elgin, IL 60121


RBS Citizens, N.A.
Charter One Bank, N.A.
1215 Superior Avenue
Cleveland, OH 44114


RBS Citizens, N.A.
Attn: Thomas F. Thompson
71 South Wacker Drive
Chicago, IL 60606


RBS Citizens, N.A.
Attn: Patrick C. Joyce
53 State Street, MBS970
Boston, MA 02109


Rebuilders Enterprises, Inc.
9004 S. Octavia Ave.
Bridgeview, IL 60455

```
Recappers Equipment Company
2360 East Grauwyler
Irving, TX 75061


Rex Oil Company
P.O. Box 211098
Denver, CO 80221


Richard Bingham
2513 E. Higgins Road
Elk Grove Village, IL 60007


RJN Supplies
P.O. Box 1772
Melrose Park, IL 60161


S.K.F. VSM
P.O. Box 643844
Pittsburgh, PA 15264


Sardo Bus & Coach Upholster
512 W. Rosecrans Avenue
Gardena, CA 90248


Single Source
601 S. Crossville Road
Roswell, GA 30075


Steven T. Greene
Riemer & Braunstein LLP
3 Central Plaza
Boston, MA 02108


Stewart & Stevenson Service
P.O. Box 200441
Houston, TX 77216


Triangle Service, Inc.
4060 N. Elston Ave.
Chicago, IL 60618


Unifirst Corporation
2045 N. 17th Ave.
Melrose Park, IL 60160
```

```
United Parcel Service
Lockbox 577
Carol Stream, IL 60132


W.W. Grainger
Dept. 801537697
Palatine, IL 60038


Warehouse Direct
1601 W. Algonquin Road
Mount Prospect, IL 60056


Zep Sales and Service
13237 Collection Center
Chicago, IL 60693
```